THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEMONTA M. HENRY,<br>Defendant. | CASE NO. CR12-0237-JCC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the Defendant's supervised release violations hearing (Dkt. No. 1028). Finding good cause, the Court GRANTS the motion. The hearing scheduled for November 3, 2017 at 9:00 a.m. is STRICKEN. The Clerk is DIRECTED to reschedule the hearing to January 16, 2018 at 9:00 a.m.

DATED this 31st day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk